## *April* Term, 1785.

(p. 300.)

### The STATE againſt BENJAMIN APPLEGATE.

*On* Habeas Corpus *of Negro* Peter Ridley, *claiming to be*

*manumitted.*

THE ſaid Negro *Peter* being brought into Court by Habeas Corpus, and it appearing to the Court on Teſtimony, that the ſaid Negro Peter is the Son of a certain William Ridley, a free Negro and his Wife Dianna, a Negro Woman ſometime the Property of Dollans Hegeman, and who became free before the Birth of the ſaid Negro Peter, and that the ſaid Parents of the ſaid Negro Peter have ever ſince lived and been reputed as free.

The Court *are of Opinion* and *do adjudge*, that the ſaid Negro Peter was free-born, and is entitled to be diſcharged as a free Man; and do order that he be diſcharged accordingly, on Motion of Mr. Paterſon for the State.